IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASHAMIR JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-399(MTT) ) |
| Officer BRIAN ROBINSON, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 4) of United States Magistrate Judge Charles H. Weigle  The Magistrate Judge, having reviewed the Plaintiff's Complaint pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends (a) dismissing Warden Gregory McLaughlin and Deputy Warden James Hinton because the Plaintiff did not make any specific allegations against them; (b) dismissing the Plaintiff's claims against Macon State Prison and the State of Georgia because they are not proper defendants in a 42 U.S.C. § 1983 lawsuit; and (c) allowing the Plaintiff's claims against Officers Brian Robinson and Gavin Rump to proceed.  The Plaintiff did not file an objection to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.  The Recommendation is adopted and made the order of this Court.  The Plaintiff's claims against Warden Gregory McLaughlin, Deputy Warden James Hinton, Macon State Prison and the State of Georgia are dismissed.  The Plaintiff's claims against Defendants Brian Robinson and Gavin Rump may proceed.

**SO ORDERED**, this the 7th day of January, 2011.

                                            <u>S/ Marc T. Treadwell</u>
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT

jch