IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASHAMIR JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-399 (MTT) |
| BRIAN ROBINSON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 27) of United States Magistrate Judge Charles H. Weigle on the Defendants' Motion to Dismiss (Doc. 8). The Magistrate Judge recommends dismissing the Plaintiff's case because of his failure to exhaust his administrative remedies. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion is **GRANTED**.

**SO ORDERED**, this the 19th day of August, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT